**Order filed April 24, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00920-CR
_____

**RONNIE HOYT ROYSTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1354573**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Defense Exhibit 1, a DVD.**

The clerk of the 178th District Court is directed to deliver to the Clerk of this court the original of **Defense Exhibit 1, a DVD**, on or before, **May 04, 2015.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of Defense Exhibit 1, a DVD, to the clerk of the 178th District Court.


PER CURIAM